# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:14CR7-18 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| MICHAELAS KING, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on January 4, 2019. The Court referred this matter to Magistrate Judge Kathleen B. Burke to conduct appropriate proceedings and to file a report and recommendation. The magistrate judge reported that a supervised release violation hearing was held on January 17, 2019. Counsel for the government orally dismissed Violation No. 2—Use of a Controlled Substance. The defendant admitted to the following violations:

1. Failure to Comply with Drug Treatment;
3. Drug Use of a Controlled Substance;
4. Use of a Controlled Substance
5. Use of a Controlled Substance.

The magistrate judge filed a report and recommendation on January 17, 2019, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervision.

A final supervised release violation hearing was conducted on February 5, 2019. Defendant Michaelas King was present and represented by Attorney Nathan Ray. The

United States was represented by Assistant United States Attorney Brendan O'Shea United States Probation Officer Keysha Myers was also present at the hearing.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of his terms and conditions of his supervised release.

IT IS ORDERED that the defendant's term of supervised release is revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a period of thirty (30) days.

Upon release from custody, defendant shall serve a term of supervised release of one (1) year, with the same terms and conditions of supervised release as previously ordered, and with the following additional conditions:

1. At the conclusion of his custody term, and as soon as a bed is available, the defendant shall be released directly from custody to the residential treatment facility and reside in a residential treatment facility for a period of at least 90 days;

2. The defendant shall take all mental health medications that are prescribed by his treating physician.

The defendant is remanded to the custody of the United States Marshal.

**IT IS SO ORDERED**.

Dated: February 5, 2019

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**